# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARSHA CIPOLLONE,

  Plaintiff,

v.

DELL, INC.,

  Defendant.

Case No. 2:18-cv-00463-LPL

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Marsha Cipollone and Defendant, Dell, Inc., hereby stipulate that this action is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses. The parties pray that the Court enter the attached Order of Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Sean L. Ruppert* | */s/ Christopher K. Ramsey* |
| Sean L. Ruppert | Christopher K. Ramsey |
| Kraemer, Manes & Associates LLC | Morgan, Lewis & Brockius LLP |
| US Steel Tower | One Oxford Centre, 32nd Floor |
| 600 Grant St, Suite 4875 | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | christopher.ramsey@morganlewis.com |
| sr@lawkm.com | |
| | Counsel for Defendant |
| Counsel for Plaintiff | |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARSHA CIPOLLONE,

  Plaintiff,

Case No. 2:18-cv-00463-LPL

v.

DELL, INC.,

  Defendant.

## PROPOSED ORDER OF COURT

AND NOW, this ___ day of June, 2018, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal with Prejudice, it is hereby ORDERED that Civil Action No. 2:18-cv-00463-LPL is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses.

_____
Lisa Pupo Lenihan
United States Magistrate Judge