# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARSHA CIPOLLONE,

    Plaintiff,

v.

DELL, INC.,

    Defendant.

Case No. 2:18-cv-00463-LPL

## PROPOSED ORDER OF COURT

AND NOW, this 6th day of June, 2018, upon consideration of, and pursuant to, the foregoing Stipulation of Dismissal with Prejudice, it is hereby ORDERED that Civil Action No. 2:18-cv-00463-LPL is dismissed in its entirety with prejudice. Each party to bear its own attorneys' fees, costs, and expenses.

_____
Lisa Pupo Lenihan
United States Magistrate Judge